[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-16934
Non-Argument Calendar
_____

D.C. Docket No. 5:16-cr-00017-WTH-PRL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES LEWIS MADISON, JR.,
a.k.a. Blue,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 22, 2017)

Before TJOFLAT, WILLIAM PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Adeel Bashir, appointed counsel for Charles Madison, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Charles Madison, Jr.'s conviction and sentence are **AFFIRMED**.